IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PHILLIP STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-CV-1229 |
| | ) | |
| WELLS FARGO BANK, NA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the Court's Order entered December 16, 2016, Doc. 11, ordering the case to arbitration, and in the absence of a motion or request to re-open the case on or before the date established in that Order,

It is **ORDERED AND ADJUDGED** that this case is **DISMISSED.**

This the 7th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE